**United States District Court**
For the Northern District of California

1

2

3

4

5           UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7

8    J & J SPORTS PRODUCTIONS, INC,            No. C11-3722 EMC

9              Plaintiffs,
                                              **CASE MANAGEMENT CONFERENCE**
10        v.                                  **ORDER IN REASSIGNED CASES**

11   HILARIO CHICO, et al.

12             Defendants.
                                            /
13

14

15

16        TO ALL PARTIES AND COUNSEL OF RECORD:

17        The above matter having been reassigned to District Judge Edward M. Chen, for trial and all

18   further proceedings.

19        IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 16 and Civil

20   Local Rule 16-10, a case management conference will be held in this case before the **Honorable**

21   **Edward M. Chen** on **December 2, 2011  at 9:00 a.m., in Courtroom 5, 17th Floor**, 450 Golden

22   Gate Avenue, San Francisco, California.

23        1.      The parties shall file a *joint* case management conference statement one week in

24   advance of the case management conference date.  The statement must include all elements

25   requested in the "Standing Order for All Judges of the Northern District of California – Contents of

26   Joint Case Management Statement."  In cases involving pro se litigants, parties shall attempt to file a

27   joint statement; if after due diligence an agreement cannot be reached, the parties may file separate

28   case management statements, with each statement not to exceed seven (7) pages.

United States District Court

For the Northern District of California

1    2.    Any request to reschedule the case management conference date must be made in

2  writing and by stipulation, if possible, not less than ten (10) days before the conference date.  Good

3  cause must be shown.

4    3.    Unless proceeding pro se, each party shall be represented at the case management

5  conference by counsel with full and complete authority to address all of the matters referred to in (a)

6  Federal Rules of Civil Procedure 16(c) and 26(f) and (b) the "Standing Order for All Judges of the

7  Northern District of California – Contents of Joint Case Management Statement."  Counsel must

8  also have full and complete authority to enter stipulations and made admissions.

9    4.    After the case management conference is concluded, an order will be entered setting

10  dates for, *e.g.*, the close of discovery, hearing dispositive motions, the final pretrial conference, and

11  trial.  Other orders regulating and controlling future proceedings may also be entered (*e.g.*, orders

12  setting further status conferences).

13    5.    All documents filed with the Clerk of the Court shall list the civil case number

14  followed only by the initials "EMC."  A copy of all documents filed, whether electronically or

15  manually, shall be submitted to the Clerk's Office in an envelope clearly marked with the case

16  number and "EMC Chambers Copy" no later than noon on the next business day after the document

17  is filed.  The chambers copy must be three-hole punched on the left-hand side.  Exhibits must be

18  tabbed.

19    6.    Plaintiff(s) shall serve copies of (a) this Order, (b) the "Standing Order for All Judges

20  of the Northern District of California – Contents of Joint Case Management Statement," (c) this

21  Court's "Civil Standing Order – General," and (d) this Court's "Civil Standing Order on Discovery"

22  at once upon all parties to the action, and upon those subsequently joined, in accordance with the

23  provisions of  Federal Rules of Civil Procedure 4 and 5.  In addition, Plaintiff(s) shall file with the

24  Clerk of the Court a certificate reflecting such service, in accordance with Civil Local Rule 5-6(a).

25  ///

26  ///

27  ///

28  ///

2

United States District Court

For the Northern District of California

1        7.     Failure to comply with this order, Federal Rules of Civil Procedure 16 and 26(f),

2   and/or Civil Local Rule 16-10 may be grounds for sanctions. *See* Fed. R. Civ. P. 16(f).

3        Plaintiff is directed to serve a copy of this Order upon all defendants.

4

5        IT IS SO ORDERED.

6

7   Dated:  October 17, 2011

8                           EDWARD M. CHEN

9                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28