# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HILARIO CHICO CHICO *et al.*,<br><br>    Defendants. | Case No.: C-11-03722 YGR<br><br>**ORDER ENTERING TENTATIVE RULING ON MOTION TO SET ASIDE ENTRY OF DEFAULT AS ORDER OF COURT** |

1. Pursuant to the parties' stipulation, the Court's Tentative Ruling Granting Defendant's Motion to Set Aside Entry of Default, Dkt. No. 29, shall be the Order of the Court. Accordingly, for the reasons set forth therein, Defendant's Motion to Set Aside Entry of Default, Dkt. No. 17 is **GRANTED**.

2. The Clerk's Entry of Default, Docket Number 12, is **VACATED** and **SET ASIDE**.

3. Defendant shall have **21 days** from the date of this Order to respond to the Complaint.

4. The parties are **REFERRED** to a Magistrate Judge for an Early Settlement Conference to be completed within 60 days of the date of this Order.

5. The April 3, 2012 hearing on the motion is **VACATED**.

6. This Order Terminates Docket Number 17.

**IT IS SO ORDERED.**

Dated: March 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email